In the Matter of the Accounting of the GUARANTY TRUST COMPANY, as Substituted Trustee under the Will of JOHN PERKINS, Deceased.

SARAH E. ANGELL, as Executrix of GEORGE W. ANGELL, Deceased, Appellant; GEORGE W. STIGER et al., as Executors of CAROLINE E. PERKINS, Deceased, Respondents.

*Matter of Guaranty Trust Co.*, 131 App. Div. 658, affirmed.
(Argued June 1, 1909; decided June 15, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April

8, 1909, which affirmed a decree of the New York County Surrogate's Court directing payment to the respondents herein of a certain sum declared to be income arising from a portion of the estate of John Perkins, deceased.

*George C. Lay* for appellant.

*Kenneth B. Halstead* and *Carl A. de Gersdorff* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.